JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WHITE, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CRISIS24 PROTECTIVE SOLUTIONS, LP, a Delaware Limited Partnership; and DOES 1- 50, Inclusive,<br><br>　　　　　　　Defendant. | Case No. CV 23-10371-MWF(MARx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Crtrm.: 5A<br>Magistrate: Hon. Margo A. Rocconi<br>Crtrm: 790 |

The Court has considered the parties' Stipulation for Dismissal of Action in Its Entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Docket No. 111). For good cause shown, the Court ORDERS:

1. The above-captioned action is DISMISSED in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
2. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: October 10, 2025

_____
Michael W. Fitzgerald
United States District Judge